# EXHIBIT 1



Search for Cases by: Select Search Method...  ▼

Judicial Links    |   eFiling    |   Help    |   Contact Us    |   Print         GrantedPublicAccess  Logoff MWYMORE1956

**1811-CC00606 - APARNA DEORA ET AL V SSM ST JOSEPH HOSP ST CHAS (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

**Click here to eFile on Case**
Click here to Respond to Selected Documents

Sort Date Entries:  ● Descending  ○ Ascending

Display Options: All Entries ▼

---

**06/29/2018**  ☐ **Note to Clerk eFiling**

☐ **Notice of Service**
Summons Returned Served Upon Jane Coffey RN at SSM Health St Joseph Hospital .

☐ **Return Service - Other**
Document ID - 18-SMCC-989; Served To - SSM HEALTH ST JOSEPH HOSPITAL ST CHARLES; Server - ; Served Date - 28-JUN-18; Served Time - 15:32:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - Served Jane Coffey, RN CTL

**06/22/2018**  ☐ **Order**
PLAINTIFF'S MOTION TO PROCEED UNDER A PSEUDONYM IS GRANTED. SO ORDERED TH/mls
   **Filed By:** TED HOUSE
   **Associated Entries:** 06/22/2018 - **Other Proposed Document Filed**  ⊞

☐ **Summons Issued-Circuit**
Document ID: 18-SMCC-989, for SSM HEALTH ST JOSEPH HOSPITAL ST CHARLES. RETURNED TO REQUESTING PARTY FOR FORWARDING TO PROPER SHERIFF. TMV

☐ **Other Proposed Document Filed**
PROPOSED MOTION TO PROCEED UNDER PSEUDONYM
   **Associated Entries:** 06/22/2018 - **Order**  ⊞

☐ **Consent to Appt Next Friend**
   **Filed By:** APARNA DEORA PHD

☐ **Confid Filing Info Sheet Filed**
   **Filed By:** APARNA DEORA PHD

☐ **Pet Filed in Circuit Ct**
VERIFIED PETITION
   **Filed By:** APARNA DEORA PHD

☐ **Judge Assigned**

Case.net Version 5.13.19.1         Return to Top of Page         Released 02/02/2018

9/22

DH

Electronically Filed - St Charles Circuit Div - June 29, 2018 - 03:58 PM

## St. Charles County Sheriff's Department
201 North Second Street, Ste. 440, St. Charles, MO  63301

# RETURN OF SERVICE - Record # 2018-007163

Case No: 1811CC00606                           Court: SAINT CHARLES
Plaintiff: DEORA PHD, APARNA
Defendant: SSM HEALTH ST JOSEPH HOSPITAL
Court / Return Date: 07/22/2018              Doc ID#: 18-SMCC-989
Type of Document: CIVIL SUMMONS              Zone  01
Party to be served: SSM HEALTH ST JOSEPH HOSPITAL, DBA SSM HEALTH MEDICAL GROUP
Address: 711 VETERANS MEMORIAL PKWY #300, ST CHARLES, MO 63303
Employment / Alternate:
Special Info / Pedigree:

PARTY SERVED: Jane Coffey
RELATIONSHIP / TITLE: RN  CTL
DATE: 6-28-18                Time  1532
COMMENTS:


SCOTT A LEWIS, Sheriff of St. Charles County, Missouri

By: Deputy Signature                                                DSN  125
Printed Name
**Deputy Gornicz**
TOTAL FEES:

| SERVICE | | | SHERIFF'S DEPARTMENT USE ONLY |
|---|---|---|---|
| Date | Time | DSN | Comments |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

© 1994 - 2017 Omnigo Software St. Louis MO  (800) 814-4843

Pd. $39.00 cash



# IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| Judge or Division:<br>TED HOUSE | Case Number: 1811-CC00606 |
|---|---|
| Plaintiff/Petitioner:<br>APARNA DEORA PHD<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>APARNA DEORA PHD<br>1559 TIMBERLAKE MANOR PKWY<br>CHESTERFIELD, MO  63017 |
| Defendant/Respondent:<br>SSM HEALTH ST JOSEPH HOSPITAL ST CHARLES<br>DBA:  SSM HEALTH MEDICAL GROUP | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO  63301 |
| Nature of Suit:<br>CC Other Miscellaneous Actions | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: SSM HEALTH ST JOSEPH HOSPITAL ST CHARLES
Alias:
DBA:  SSM HEALTH MEDICAL GROUP
711 VETERANS MEMORIAL PKWY
SUITE 300
SAINT CHARLES, MO 63303

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____6/22/2018_____            _____/S/ Judy Zerr_____
          Date                                    Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____
                          Date                          Notary Public

RECEIVED
JUN 25 2018
SHERIFF
ST CHARLES COUNTY MO

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $___10.00___ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on each defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) For Court Use Only: Document Id # 18-SMCC-989    1 of 1    Civil Procedure Form No. 1; Rules 54.01 – 54.05,
                                                                                                                54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - St Charles Circuit Div - June 29, 2018 - 03:58 PM

## St. Charles County Sheriff's Department
201 North Second Street, Ste. 440, St. Charles, MO 63301

# RETURN OF SERVICE - Record # 2018-007163

Case No: 1811CC00606    Court: SAINT CHARLES
Plaintiff: DEORA PHD, APARNA
Defendant: SSM HEALTH ST JOSEPH HOSPITAL
Court / Return Date: 07/22/2018    Doc ID#: 18-SMCC-989
Type of Document: CIVIL SUMMONS    Zone 01
Party to be served: SSM HEALTH ST JOSEPH HOSPITAL, DBA SSM HEALTH MEDICAL GROUP
Address: 711 VETERANS MEMORIAL PKWY #300, ST CHARLES, MO 63303
Employment / Alternate:
Special Info / Pedigree:

PARTY SERVED: Jane Coffey
RELATIONSHIP / TITLE: RN  CTL
DATE: 6-28-18    Time 1532
COMMENTS:

SCOTT A LEWIS, Sheriff of St. Charles County, Missouri

By: Deputy Signature _____    DSN 125
Printed Name
**Deputy Gornicz**
TOTAL FEES: _____

| SERVICE | | | SHERIFF'S DEPARTMENT USE ONLY |
|---|---|---|---|
| Date | Time | DSN | Comments |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

© 1994 - 2017 Omnigo Software St. Louis MO (800) 814-4843

Pd $39.00 cash

Electronically Filed - St Charles Circuit Div - June 29, 2018 - 03:58 PM



# IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| Judge or Division: | Case Number: 1811-CC00606 |
|---|---|
| TED HOUSE | |
| Plaintiff/Petitioner: | Plaintiff's/Petitioner's Attorney/Address |
| APARNA DEORA PHD | APARNA DEORA PHD |
| | 1559 TIMBERLAKE MANOR PKWY |
| vs. | CHESTERFIELD, MO 63017 |
| Defendant/Respondent: | Court Address: |
| SSM HEALTH ST JOSEPH HOSPITAL ST CHARLES | 300 N 2nd STREET |
| DBA: SSM HEALTH MEDICAL GROUP | SAINT CHARLES, MO 63301 |
| Nature of Suit: | |
| CC Other Miscellaneous Actions | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: SSM HEALTH ST JOSEPH HOSPITAL ST CHARLES
Alias:
DBA: SSM HEALTH MEDICAL GROUP
711 VETERANS MEMORIAL PKWY
SUITE 300
SAINT CHARLES, MO 63303

**COURT SEAL OF ST. CHARLES COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____6/22/2018_____        _____/S/ Judy Zerr_____
       Date                              Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____        _____
Printed Name of Sheriff or Server   Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____
                        Date                Notary Public

RECEIVED
JUN 25 2018
SHERIFF
ST CHARLES COUNTY MO

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) For Court Use Only: Document Id # 18-SMCC-989    1 of 1    Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

IN THE MISSOURI CIRCUIT COURT
FOR THE ELEVENTH JUDICIAL CIRCUIT
COUNTY OF ST. CHARLES

RECEIVED
JUN 22 2018
JUDY ZERR
CIRCUIT CLERK
ST. CHARLES COUNTY

| | |
|---|---|
| A.M., by and through his mother and next friend, Aparna Deora, Ph.D., | ) ) ) ) |
| v. | ) ) ) |
| SSM HEALTH ST. JOSEPH HOSPITAL ST. CHARLES d/b/a SSM HEALTH MEDICAL GROUP, | ) ) ) ) |
| Defendant. | ) |

1811-CC00606

DIV. 1

FILED
JUN 22 2018
JUDY ZERR
CIRCUIT CLERK
ST. CHARLES CO.

**PLAINTIFF'S MOTION TO PROCEED UNDER A PSEUDONYM**

Plaintiff A.M., by and through his mother and next friend, Aparna Deora, Ph.D., moves for an order to proceed using a pseudonym for his name in this matter.

Plaintiff is a minor and does not wish for his name to be disclosed to the public. The anonymity of Plaintiff is appropriate to protect his identity and privacy, and will not prejudice Defendant. Plaintiff is agreeable to disclosing his identity to Defendant and to the Court as the Court may direct.

WHEREFORE, Plaintiff requests that the Court enter an order allowing Plaintiff to proceed using a pseudonym in the above-captioned matter and granting such other relief as this Court deems just and proper.

SO ORDERED THIS 22 DAY OF June , 2018

_____
Circuit Judge

_____
Aparna Deora, Ph.D.
1559 Timberlake Manor Pkwy
Chesterfield, MO 63017
aparnadeora@hotmail.com
*Plaintiff*

1



# IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>TED HOUSE | Case Number: 1811-CC00606 |
| Plaintiff/Petitioner:<br>APARNA DEORA PHD<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>APARNA DEORA PHD<br>1559 TIMBERLAKE MANOR PKWY<br>CHESTERFIELD, MO  63017 |
| Defendant/Respondent:<br> SSM HEALTH ST JOSEPH HOSPITAL ST CHARLES<br>DBA:   SSM HEALTH MEDICAL GROUP | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO  63301 |
| Nature of Suit:<br>CC Other Miscellaneous Actions | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** SSM HEALTH ST JOSEPH HOSPITAL ST CHARLES
         **Alias:**
         **DBA:** SSM HEALTH MEDICAL GROUP
**711 VETERANS MEMORIAL PKWY**
**SUITE 300**
**SAINT CHARLES, MO  63303**

*COURT SEAL OF*

*ST. CHARLES COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

_____6/22/2018_____     _____/S/  Judy Zerr_____
           Date                                                        Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____     _____
    Printed Name of Sheriff or Server                              Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).
*(Seal)*
My commission expires: _____     _____
                                   Date                                                 Notary Public

**Sheriff's Fees, if applicable**
Summons                 $_____
Non Est                     $_____
Sheriff's Deputy Salary
Supplemental Surcharge  $     10.00
Mileage                       $_____ (_____ miles @ $._____ per mile)
**Total**                        $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* **Document Id # 18-SMCC-989**       1 of 1            Civil Procedure Form No. 1; Rules 54.01 – 54.05,
                                                                                                                                                                54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

IN THE MISSOURI CIRCUIT COURT
FOR THE ELEVENTH JUDICIAL CIRCUIT
COUNTY OF ST. CHARLES

RECEIVED
JUN 2 2 2018
JUDY ZERR
CIRCUIT CLERK
ST. CHARLES COUNTY

A.M., by and through his mother )
and next friend, Aparna Deora, )
Ph.D., )
                              )
        v.                    )
                              )     1811-CC00606
SSM HEALTH ST. JOSEPH         )
HOSPITAL ST. CHARLES d/b/a    )     DIV. 1
SSM HEALTH MEDICAL GROUP,     )
                              )
        Defendant.            )

## PLAINTIFF'S MOTION TO PROCEED UNDER A PSEUDONYM

Plaintiff A.M., by and through his mother and next friend, Aparna Deora, Ph.D., moves for an order to proceed using a pseudonym for his name in this matter.

Plaintiff is a minor and does not wish for his name to be disclosed to the public. The anonymity of Plaintiff is appropriate to protect his identity and privacy, and will not prejudice Defendant. Plaintiff is agreeable to disclosing his identity to Defendant and to the Court as the Court may direct.

WHEREFORE, Plaintiff requests that the Court enter an order allowing Plaintiff to proceed using a pseudonym in the above-captioned matter and granting such other relief as this Court deems just and proper.

SO ORDERED THIS _____ DAY OF _____, 2018

_____
Circuit Judge

_____
Aparna Deora, Ph.D.
1559 Timberlake Manor Pkwy
Chesterfield, MO 63017
aparnadeora@hotmail.com
*Plaintiff*

1

IN THE MISSOURI CIRCUIT COURT
FOR THE ELEVENTH JUDICIAL CIRCUIT
COUNTY OF ST. CHARLES

FILED
JUN 2 2 2018
JUDY ZERR
CIRCUIT CLERK
ST. CHARLES CO.

| | |
|---|---|
| A.M., by and through his mother and next friend, Aparna Deora, Ph.D., | ) ) ) ) |
| v. | ) ) ) |
| SSM HEALTH ST. JOSEPH HOSPITAL ST. CHARLES d/b/a SSM HEALTH MEDICAL GROUP, | ) ) ) ) |
| Defendant. | ) |

1811-CC00606

DIV. 1

## ACKNOWLEDGMENT AND CONSENT TO APPOINTMENT AS NEXT FRIEND

I, Aparna Deora, Ph.D., of legal age and competency, state under oath that I am the Natural Mother of A.M., a minor child, who resides with me at 1559 Timberlake Manor Parkway, Chesterfield, Missouri 63017. I consent to being appointed as Next Friend for the purpose of filing a lawsuit on behalf of A.M. against SSM Health St. Joseph Hospital St. Charles d/b/a SSM Health Medical Group.

*[signature]*
Aparna Deora, Ph.D.
1559 Timberlake Manor Pkwy
Chesterfield, MO 63017
aparnadeora@hotmail.com

1

STATE OF MISSOURI      )
                       )
COUNTY OF ST. LOUIS    )

On this 16th day of March, 2018, before me, the undersigned notary public, personally appeared Aparna Deora, Ph.D., known to me to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same for the purposes therein contained. In witness whereof, I hereunto set my hand and official seal.

*Segolene Cathleen Renaze*
Notary Public

My Commission expires: _____

```
SEGOLENE CATHLEEN RENAZE
Notary Public, Notary Seal
State of Missouri
St. Louis County
Commission # 17219842
My Commission Expires 01-17-2021
```

2

IN THE MISSOURI CIRCUIT COURT
FOR THE ELEVENTH JUDICIAL CIRCUIT
COUNTY OF ST. CHARLES

FILED
JUN 2 2 2018
JUDY ZERR
CIRCUIT CLERK
ST. CHARLES CO.

1811-CC00606

DIV. 1

A.M., by and through his mother ) 
and next friend, Aparna Deora, )
Ph.D., )
 )
v. )
 )
SSM HEALTH ST. JOSEPH )
HOSPITAL ST. CHARLES d/b/a )
SSM HEALTH MEDICAL GROUP, )
 )
   Serve person in charge: )
   711 Veterans Memorial )
   Pkwy, Suite 300 )
   Saint Charles, MO 63303 )
 )
   Defendant. )

## VERIFIED PETITION

Plaintiff A.M., by and through his mother and next friend, Aparna Deora, Ph.D., brings this action against Defendant SSM Health St. Joseph Hospital St. Charles d/b/a SSM Health Medical Group under the Telephone Consumer Protection Act of 1991, 47 U.S.C. § 227, and the regulations promulgated thereunder (TCPA).

### PARTIES, JURISDICTION, AND VENUE

1. Plaintiff A.M. is a minor residing in St. Louis County, Missouri, and Aparna Deora, Ph.D., is his natural mother.

2. Defendant SSM Health St. Joseph Hospital St. Charles d/b/a SSM Health Medical Group is a Missouri corporation registered with the Missouri Secretary of State.

3. This Court has personal jurisdiction over Defendant, a Missouri corporation.

4. Venue is proper under Missouri Revised Statutes § 508.010.

1

5.     Plaintiff regularly uses the cellular telephone to which cellular telephone number XXX-XXX-4704 has been assigned.

6.     Plaintiff obtained that telephone number on August 5, 2017.

7.     The voicemail greeting message that Plaintiff recorded, to be played on all incoming calls unanswered by Plaintiff, identified Plaintiff by name.

8.     Upon information, based on other annoying calls and text messages that Plaintiff has received, Plaintiff's cellular telephone number XXX-XXX-4704 had been assigned to Steven McIntyre or Melissa McIntyre prior to Plaintiff's using that number.

## SUMMARY OF THE TCPA

9.     The TCPA provides in part:

(b) Restrictions on use of automated telephone equipment

> (1) Prohibitions  **It shall be unlawful** for any person within the United States, or any person outside the United States if the recipient is within the United States—
>
> (A) **to make any call** (other than a call made for emergency purposes or made with the prior express consent of the called party) **using any automatic telephone dialing system or** an artificial **or prerecorded voice**—
>
> * * *
>
> (iii) **to any telephone number assigned to a** paging service, **cellular telephone service**, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call, unless such call is made solely to collect a debt owed to or guaranteed by the United States . . . .

47 U.S.C. § 227(b)(1)(A)(iii) (emphasis added).

10.     The implementing regulation, titled, "Delivery Restrictions," similarly

2

provides:

>  (a) **No person or entity may**:
>
>  > (1) Except as provided in paragraph (a)(2) of this section, **initiate any telephone call** (other than a call made for emergency purposes or is made with the prior express consent of the called party) **using an automatic telephone dialing system or an artificial or prerecorded voice**;
>  >
>  > \* \* \*
>  >
>  > (iii) **To any telephone number assigned to a** paging service, **cellular telephone service**, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call.

47 C.F.R. § 64.1200(a)(1)(iii) (emphasis added).

11. The TCPA provides for statutory damages of $500 to $1,500 **per violation** of Section 227(b) of the TCPA and of the implementing regulation, 47 C.F.R. § 64.1200. *See* 47 U.S.C. § 227(b)(3).

12. Specifically, the TCPA's damages provision states,

> (3) **Private right of action** A person or entity may, if otherwise permitted by the laws or rules of court of a State, bring in an appropriate court of that State—
>
> (A) an action based on a violation of this subsection or the regulations prescribed under this subsection to enjoin such violation,
>
> (B) an action to recover for actual monetary loss from such a violation, or to receive **$500 in damages for each such violation**, whichever is greater, or
>
> (C) both such actions.

47 U.S.C. § 227(b)(3)(A)-(C) (second emphasis added).

13. If the Court finds that Defendant "willfully or knowingly" violated Section 227(b) "or the regulations prescribed under this subsection," the Court may increase the award amount up to threefold, i.e., $1,500 per violation of the statute and per violation

3

of the regulation. 47 U.S.C. § 227(b)(3); *see Lary v. Trinity Physician Fin. & Ins. Servs.*, 780 F.3d 1101, 1106 (11th Cir. 2015) (holding that district court erred in limiting damages to one violation per call; "the statute allows a person to recover '$500 in damages for each' 'violation of this subsection'"; "Section 227(b)(1) has no language limiting the recovery to $500 per 'call' or 'fax'"); *cf. U.S. Bands & Orchestra Supplies, Inc. v. JT Group, Inc.*, No. 1611-CC00327 (St. Charles County Cir. Ct. Sept. 11, 2016) (awarding $3,000 per fax).

### DEFENDANT'S PRERECORDED ROBOCALLS

14. In 2017 and continuing into 2018, Defendant used an "automatic telephone dialing system," as defined by 47 U.S.C. § 227(a)(1), to make calls to Plaintiff on Plaintiff's cellular telephone and to deliver a message with a prerecorded voice.

15. In each instance, the prerecorded voice message stated,

> This is an important call from SSM Health Medical Group. Our records indicate there is an open account balance. Please contact our office at 636 669 2411. Our normal business hours are 8 a.m. to 5 p.m. Thank you. And again our number is 636 669 2411.

16. Defendant's calls to Plaintiff occurred on at least the following seven dates: November 22 and 30, 2017; December 8, 19, and 27, 2017, and January 4 and 19, 2018.

17. Defendant's calls to Plaintiff (a) annoyed, disturbed, and harassed Plaintiff, (b) were a nuisance, (c) concerned Plaintiff because the calls falsely indicated there was an open account balance, yet Plaintiff had no open account with Defendant, (d) intruded upon Plaintiff's solitude and seclusion, (e) wasted Plaintiff's time, and (f) diminished the battery life on Plaintiff's cellular telephone, thereby damaging Plaintiff in a concrete and particularized way.

18. Defendant's calls to Plaintiff were placed to a telephone number assigned

4

to a cellular telephone service.

19. Defendant's calls to Plaintiff were not made for emergency purposes.

20. Defendant's calls to Plaintiff were not made with the "prior express consent" of Plaintiff.

21. Prior to receiving the above-noted calls, Plaintiff had never provided his cellular telephone number to Defendant.

22. Defendant never received Plaintiff's "prior express consent" to receive calls using an automatic telephone dialing system or an artificial or prerecorded voice on Plaintiff's cellular telephone.

23. Defendant's calls to Plaintiff were not made to collect a debt owed to or guaranteed by the United States.

24. Each of Defendant's calls to Plaintiff violated 47 U.S.C. § 227(b)(1)(A)(iii) because they were made using an automatic telephone dialing system.

25. Each of Defendant's calls to Plaintiff violated 47 U.S.C. § 227(b)(1)(A)(iii), because they were made using an artificial or prerecorded voice.

26. Each of Defendant's calls to Plaintiff violated 47 C.F.R. § 64.1200(a)(3), because they were initiated using an automatic telephone dialing system.

27. Each of Defendant's calls to Plaintiff violated 47 C.F.R. § 64.1200(a)(3), because they were initiated using an artificial or prerecorded voice.

28. Defendant willfully or knowingly violated 47 U.S.C. § 227(b) and 47 C.F.R. § 64.1200, because Defendant's calls were made intentionally to Plaintiff's cellular telephone number and Plaintiff's name was stated on the voicemail greeting that played before Defendant left each of its harassing voicemail messages, yet Defendant kept calling and harassing Plaintiff.

WHEREFORE, Plaintiff seeks judgment against Defendant for damages of at least $42,000.00, prejudgment interest at 9 percent per annum commencing January 19, 2018 (when the last call was made), costs, and any additional relief deemed just and proper.

## DOCUMENT PRESERVATION DEMAND

Plaintiff demands that Defendant take affirmative steps to preserve all records, lists, electronic databases, and documents concerning Defendant's calls to Plaintiff or to Plaintiff's cellular telephone number.

*/s/ Aparna Deora*
Aparna Deora, Ph.D.
1559 Timberlake Manor Pkwy
Chesterfield, MO 63017
aparnadeora@hotmail.com

STATE OF MISSOURI  )
                   )
COUNTY OF ST. LOUIS )

On this 16th day of March, 2018, before me, the undersigned notary public, personally appeared Aparna Deora, Ph.D., known to me to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same for the purposes therein contained. In witness whereof, I hereunto set my hand and official seal.

*Segolene Cathleen Renaze*
Notary Public

My Commission expires: _____

SEGOLENE CATHLEEN RENAZE
Notary Public, Notary Seal
State of Missouri
St. Louis County
Commission # 17219842
My Commission Expires 01-17-2021

6